Chukwuma E. AZUBUKO, Plaintiff—Appellant,

v.

The UNITED STATES DISTRICT COURT FOR the NORTHERN DISTRICT OF GEORGIA; Eleventh Circuit Court of Appeals, Defendants—Appellees.

No. 12–1511.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 14, 2012.

Decided: Aug. 17, 2012.

Chukwuma E. Azubuko, Appellant Pro Se. Joshua Bryan Royster, Office of the United States Attorney, Raleigh, North Carolina, for Appellees.

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chukwuma E. Azubuko appeals the district court's order denying his motion seeking consideration of his case by a three-judge court, 28 U.S.C. § 2284 (2006). We have reviewed the record and find no reversible error. Accordingly, we deny Azubuko leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Azubuko v. U.S. Dist. Court,* No. 5:04–cv–00735–BO (E.D.N.C. Mar. 16, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*